**ALEJANDRO E. FIGUEROA**
Alejandro E. Figueroa (State Bar No. 332132)
2500 South Highland Avenue
Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
E-Mail: alejandrof@sulaimanlaw.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOI THOMPSON,<br><br>            Plaintiff,<br><br>     v.<br><br>INTERNATIONAL COLLECTION CORPORATION,<br><br>            Defendant. | Case No. 2:21-cv-04178-FLA-DFM<br><br>**CERTFICATE OF SERVICE**<br><br>Complaint Filed: May 19, 2021 |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

TOI THOMPSON

*Plaintiff(s)*

v.

INTERNATIONAL COLLECTION CORPORATION

*Defendant(s)*

Civil Action No. 2:21-cv-04178-FLA-DFM

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  INTERNATIONAL COLLECTION CORPORATION
c/o REGISTERED AGENT
CHUCK HENDRICKSON
1930 WILSHIRE BLVD STE 908
LOS ANGELES CA 90057

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alejandro E. Figueroa
Sulaiman Law Group Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   JUNE 1, 2021                                                      *Signature of Clerk or Deputy Clerk*

[SERVED watermark across page]

Case 2:21-cv-04178-FLA-DFM Document 7 Filed 06/01/21 Page 2 of 2 Page ID #:17

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-04178-FLA-DFM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* International Collection Corporation
was received by me on *(date)* 6/03/2021

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Dave Covington, Owner of I.C.C. , who is
designated by law to accept service of process on behalf of *(name of organization)* International Collection Corporation
1930 Wilshire Blvd., Ste. 908, L.A., CA 900057 at 12:05 pm on *(date)* 6/03/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 6/09/2021

*Server's signature*

Sarah Thompson, Reg. 6679 Los Angeles
*Printed name and title*
L.A. Process Servers
1439 N. Highland Ave., #274
Los Angeles, CA 90028
(323) 508-1711
*Server's address*

Additional information regarding attempted service, etc: also served: Complaint for Damages

See attachment for additional service details

## ATTACHMENT TO PROOF OF SERVICE

6/3/2021@12:05PM  I served Dave Covington, the new owner, and the company is now I.C.C., a Delaware company who Covinton said he bought the assets of International Collection Corporation and not its' debts. He said he bought the company assets in May of 2021 from Chuck Hendrickson and did not buy the debts.  He added Chuck Hendrickson is a sick man, has had Covid three times, and is older and wanted out.  I asked him why Chuck had not changed the company listing with the California Secretary of State showing it surrendered and advising all service to the Secretary of State?  He said Chuck told him that he had renewed the registration with the CA Secretary of State and planned to let it become suspended.  I checked with the California Secretary of State, and the Los Angeles County Recorder's Office in Norwalk and there is no registration for I.C.C. either as a corporation, LLC, or as a dba with the county.  I advised Dave Covington to contact the attorney regarding this situation.

I also checked with the Delaware Secretary of State and there is no I.C.C. registered, there are some variations of I.C.C., but no I.C.C.

Dave Covington is described a male, white, close cropped thinning white hair, beard and mustache, blue eyes, about 5'8" tall, around 160 pounds, late 60's early 70's.