**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOI THOMPSON,<br><br>         Plaintiff,<br><br>    v.<br><br>INTERNATIONAL COLLECTION CORPORATION,<br><br>         Defendant. | Case No. 2:21-cv-04178-FLA (DFMx)<br><br>**JUDGMENT** |

1

The court, having granted Plaintiff Toi Thompson's Application for Default Judgment against Defendant International Collection Corporation (Dkt. 12), hereby enters judgment in favor of Plaintiff and against Defendant as follows:

1. Plaintiff is awarded statutory damages in the amount of $1,000.00.
2. Plaintiff is awarded attorneys' fees against Defendant in the amount of $3,275.00.
3. Plaintiff is awarded costs against Defendant in the amount of $499.95.

Interest shall accrue on the money judgment at the legal rate of interest until such time as the money judgment is satisfied in full.

IT IS SO ORDERED.

Dated: July 5, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2